UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOY DENBY-PETERSON, <br><br>　　　　Appellant, <br><br>　v. <br><br>NU2U AUTO WORLD PINE VALLEY MOTORS, <br><br>　　　　Appellee. | Civil No. 17-9985 (NLH) <br><br>**ORDER TO SHOW CAUSE** |

**HILLMAN**, District Judge

　　WHEREAS this Court having received a Notice of Appeal by Appellant Joy Denby-Peterson on October 30, 2017 [1] appealing the October 20, 2017 Opinion and Order of the United States Bankruptcy Court for the District of New Jersey; and

　　WHEREAS this Court having received Appellant's Brief [4], Appellee's Brief [9], and Appellant's Reply Brief [11]; and

　　WHEREAS the Bankruptcy Court having dismissed this case on March 29, 2018 and closed the case pursuant to a final decree on May 4, 2018; and

　　WHERAS this Court may only exercise jurisdiction if "an actual controversy exist[s] through all stages of litigation, including appellate review" Tellewoyan v. Wells Fargo Home Mortg., No. 05-4653 (FLW), 2006 U.S. Dist. LEXIS 55558, at *3 (D.N.J. Aug. 10, 2006) (citing United States v. Kissinger, 309 F.3d 179, 180 (3d Cir. 2001)); and

WHEREAS "[i]n the bankruptcy context the determination of whether a case becomes moot on the dismissal of the bankruptcy hinges on the question of how closely the issue in the case is connected to the underlying bankruptcy" <u>Id.</u> (quoting <u>In re Pattullo</u>, 271 F.3d 898, 901 (9th Cir.))

THEREFORE,

IT IS HEREBY on this   3rd   day of   October  , 2018

**ORDERED** that Appellant shall have fifteen (15) days to file a brief showing why this appeal was not mooted by the dismissal of the underlying bankruptcy petition.  If Appellant fails to do so, this appeal will be dismissed as moot.

At Camden, New Jersey

   s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.